UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC JEFFREY NELSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HIGH DESERT STATE PRISON,<br><br>　　　　Defendant. | No.  2:14-cv-0586 AC P<br><br><br>ORDER |

  Plaintiff, a former prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has paid the filing fee for this action.

  The federal venue statute provides that a civil action "may be brought in (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) if there is no district in which an action may otherwise be brought as provided in this action, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action."  28 U.S.C. § 1391(b).

  In this case, the defendant(s) are located and the claim arose in Clark County, which is in the District of Nevada.  Therefore, plaintiff's claim should have been filed in the United States District Court for the District of Nevada-Las Vegas.  In the interest of justice, a federal court may

1  transfer a complaint filed in the wrong district to the correct district. See 28 U.S.C. § 1406(a);
2  Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).
3     Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United
4  States District Court for the District of Nevada-Las Vegas.
5  DATED: March 13, 2014

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE